**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DORIS FRITZ,**

        **Plaintiff,**

**-vs-**                                                             Case No.  6:05-cv-577-Orl-KRS

**ALL PURPOSE INSURANCE, INC.,**

        **Defendant.**

_____

## ORDER

The parties informed the Court that mediation in this case was to have taken placed on December 5, 2005.  Doc. No. 14.  It is **ORDERED** that counsel for the plaintiff shall advise the Court in writing of the outcome of the mediation on or before February 10, 2006.

**DONE** and **ORDERED** in Orlando, Florida this 31st day of January, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties